# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Paul Parrish | )<br>)<br>)<br>)    Case No:   3:04CR00018-001 |
| | )<br>)    USM No:   07602-028 |
| Date of Original Judgment:<br>Date of Previous Amended Judgment:    09/11/2006<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)    None<br>     *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By *Dina M. Dafe*
     Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated    09/11/2006    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    06/26/2012

_____
*Judge's signature*

Effective Date: _____ *
     *(if different from order date)*

The Honorable Richard L. Young
*Printed name and title*

* Unless otherwise indicated, the effective date of this order shall be ten (10) days after order date.

Addendum to Order Pursuant to 18 U.S.C. § 3582(c)

Cause No. 3:04CR00018-001

Defendant Paul Parrish

As directed by 18 U.S.C. § 3582(c)(2), the Court has considered the relevant factors in U.S.S.G. § 1B1.10(b) and 18 U.S.C. § 3553(a), and determined a sentence reduction is not appropriate for the following reason(s):

_____ 1) The defendant is not eligible for a reduction because the amendments listed in subsection (c) of U.S.S.G. § 1B1.10 are not applicable to the defendant.

__✓__ 2) The amendment is listed in subsection (c) of U.S.S.G. § 1B1.10 and is applicable to the defendant, but it does not have the effect of lowering the defendant's applicable guideline range (e.g. a statutory mandatory minimum term of imprisonment, binding plea agreement, career offender status).

_____ 3) The defendant is eligible for a reduction under this amendment, but the Court has determined such a reduction is not appropriate because of the nature and seriousness of the danger to any person or the community that may be posed by a reduction in sentence. (Application Note 1(B) of U.S.S.G. § 1B1.10.)

_____ 4) The defendant is eligible for a reduction under this amendment.   However, the Court has determined the post-sentencing conduct demonstrates the defendant may pose a danger to any person or the community by a reduction in sentence.   (Application Note 1(B) of U.S.S.G. § 1B1.10.)

__✓__ 5) Other (explain)

The defendant's guideline range was not based on the amount crack cocaine involved in his offense.  It was based on the Career Offender guideline.