UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:04-cr-00018-RLY-CSW |
| PAUL PARRISH, | ) ) | -01 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On April 9, 2025, the Court held an initial hearing on the Petition for Warrant for Offender Under Supervision filed on March 31, 2025, (Docket No. 134), and on April 22, 2025, the Court held a Progress Hearing. Defendant Paul Parrish appeared in person with his appointed counsel David Lamont.  The government appeared by Lauren Wheatley, Assistant United States Attorney.  U. S. Probation appeared by Officer Justin Driskill.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 141). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Parrish of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Parrish admitted violation number 1. ([Docket No. 134](#)).

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall reside in a residential reentry center (RRC) for a term of 1 year. You shall abide by the rules and regulations of the facility."**<br><br>Following repeated violations of the rules of the RRC facility, Mr. Parrish has been expelled from the program, as of March 31, 2025. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade **C** violation.

    (b) Defendant's criminal history category is **VI**.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **8 to 14** months imprisonment.

5. The parties jointly recommended a sentence of twelve (12) months and one (1) day, with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that

he should be sentenced to the custody of the Attorney General or her designee for a period of twelve (12) months and one (1) day with no further supervision upon release from custody.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties elected to waive the fourteen-day period to object to the Report and Recommendation.

Date: April 24, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.